```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    **v.**                                    Criminal No. 05-cr-203-01-B

<u>Daniel Childs</u>

## O R D E R

The defendant has moved to continue the February 7, 2006 trial in the above case. Defendant cites the need for additional time to prepare for trial or other disposition. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from February 7, 2006 to May 2, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

A final pretrial conference will be held on April 18, 2006 at 4:45 pm

SO ORDERED.

/s/ Paul Barbadoro
Paul Barbadoro
US District Judge

February 2, 2006

cc:  Bjorn Lange, Esq.
     Robert Veiga, Esq.
     United States Probation
     United States Marshal