UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


**United States of America**

    **v.**                                      Case No. 05-cr-203-01-PB

**Daniel Childs**


**NOTICE OF RULING**

    **Re**:  **Document No. 12, Motion to Sever Counts**

    **Ruling**: Given the defendant's defense to Count 2 (in which he intends to admit all of the elements of the charged offense except that he acted with the requisite intimidation), it would be unfairly prejudicial to the defendant to have that count treated together with Count 1. Motion granted. On or before February 26, 2006, the government shall inform the court as to which of the charges it intends to try first.

                                                    /s/Paul Barbadoro
                                                    Paul Barbadoro
                                                    United States District Judge


Date:  February 17, 2006

cc:  Bjorn Lange, Esq.
     Robert Veiga, Esq.
     United States Marshal
     United States Probation