**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


**United States of America**

    **v.**　　　　　　　　　　　　　　　Case No. 05-cr-203-01-PB

**Daniel Childs**


**O R D E R**

    The defendant has moved to continue the May 2, 2006 trial in the above case, citing the need for additional time for defendant's new attorney to properly prepare for trial or other disposition.  The government does not object to a continuance of the trial date.

    Accordingly, to allow the parties time to properly prepare for trial, the court will continue the trial from May 2, 2006 to September 6, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The April 18, 2006 final pretrial conference is continued until August 29, 2006 at 4:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 14, 2006

cc: Jeffrey Levin, Esq.
    Robert Veiga, Esq.
    United States Probation
    United States Marshal